## S96A1498. FREEMAN et al. v. FILLINGAME.
(476 SE2d 264)

FLETCHER, Presiding Justice.

The heirs of Bartemus Freeman seek to restrain Alice F. Fillingame from cutting timber on 3.575 acres of land. Although the Freemans claim that their father obtained the land in the 1950s, they present no evidence of title. In a previous action between the same parties or their privies, the superior court found that Fillingame was the owner of fee simple title to the disputed property and the Freemans did not appeal. Since that action decided the issue of title in Fillingame's favor, the trial court properly dismissed the Freemans' complaint for a preliminary restraining order on the grounds of res judicata. See OCGA § 9-12-40. Therefore, we affirm.

*Judgment affirmed. All the Justices concur.*

DECIDED OCTOBER 7, 1996.

*Roy L. Allen II*, for appellants.
*Alvin G. Wells, Jr.*, for appellee.